MAX SCHNURR, JR., Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 29894.)— The form of the order to be entered hereon may be settled before any Justice of this court on two days' notice. Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.. concur.